# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| JESSE GUNTER ANDERSON, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 6:17-cv-148 |
| v. | |
| SERGEANT TARVER, et al., | |
| Defendants. | |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 11. No party filed Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Eighth Amendment and equal protection claims and all of Plaintiff's claims against Defendants Dozier and Meriwhether. The Court also **DISMISSES** Plaintiff's request for money damages against Defendant Tarver in her official capacity and Plaintiff's claims for compensatory and punitive damages against Defendant Tarver in her individual capacity.[1] Plaintiff's retaliation claim against Defendant Tarver shall proceed.

**SO ORDERED**, this 18th day of June, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's claim for equitable relief against Defendant Tarver in her official capacity remains pending. Ex Parte Young, 209 U.S. 123, 159–60 (1908); Langston v. Lookout Mountain Cmty. Servs., No. 17-15081, 2019 WL 2372314, at *3 n.7 (11th Cir. June 5, 2019).